**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Attorneys for Defendant Maricopa County
Community College District

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Laura Howey, an individual, | NO. CV 17-03188-PHX-JZB |
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT |
| Maricopa County Community College District, a political subdivision of Arizona; et al, | |
| Defendants. | |

Notice is hereby given that Plaintiff and Defendant have reached a settlement of the issues in this action. It is expected that the settlement will be completed, and a stipulation and proposed order will be lodged within approximately forty (40) days.

DATED: March 26, 2018.

UDALL SHUMWAY PLC

  /s/ David R. Schwartz
David R. Schwartz
1138 North Alma School Road
Suite 101
Mesa, AZ 85201
Attorneys for Defendant Maricopa County
Community College District

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 26, 2018, I electronically filed the attached document using ECF for filing and transmitted the document through ECF to the following registered ECF users:

Israel G. Torres
James E. Barton, II
Saman Golestan
TORRES LAW GROUP, PLLC
2239 W. Baseline Rd.
Tempe, AZ  85283
Attorneys for Plaintiff


  /s/ Kimberly Kershner

5141274.1
109883.021

2