# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laura Howey,<br><br>          Plaintiff,<br><br>v.<br><br>Maricopa County Community College, et al.,<br><br>          Defendants. | No. CV-17-03188-PHX-JZB<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal of Action with Prejudice (Doc. 29), and good cause appearing,

**IT IS ORDERED:**

1. The Stipulation (Doc. 29) is **granted**.

2. That this matter be **dismissed** with prejudice, each party to bear its own fees and costs.

Dated this 13th day of April, 2018.

Honorable John Z. Boyle
United States Magistrate Judge